

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2022

No. 04-22-00762-CR

**IN RE** State ex rel. Brent **SMITH**

Original Mandamus Proceeding[1]

## O R D E R

Sitting:    Luz Elena D. Chapa, Justice
            Liza A. Rodriguez, Justice[2]
            Lori I. Valenzuela, Justice

On November 10, 2022, relator filed a petition for writ of mandamus containing a motion for stay. On November 21, 2022, real parties in interest filed a response to relator's petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent may file a response to the petition in this court **no later than December 21, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's motion for stay remains pending before this court.

It is so **ORDERED** on December 6, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause Nos. 13632CR and 13760CR, styled *The State of Texas v. Bryan Javier Ramirez Alejo*; Cause No. 13761CR, styled *The State of Texas v. Vicente Oropeza Dominguez*; Cause Nos. 13631CR and 13762CR, styled *The State of Texas v. Carlos Jimenez Vazqzez*; Cause Nos. 13630CR and 13763CR, styled *The State of Texas v. David Jimenez Vasquez*; and Cause Nos. 13629CR and 13784CR, styled *The State of Texas v. Saul Cirino Gregeda*. All of the aforementioned proceeds are pending in the County Court, Kinney County, Texas, the Honorable Dennis Powell presiding.

[2] Justice Rodriguez did not participate in this order.